UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ALFRED TRIPPETT, ON BEHALF OF HIMSELF ANDALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

-v-

WRIGHT 344 MADISON AVENUE, INC.,

Defendant.
---------------------------------------------------------------X

Case No.: 1:24-cv-6507-DG-JAM

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees, costs, and expenses.

Dated: February 12, 2025

**GABRIEL A. LEVY, P.C.**

Gabriel levy
Gabriel A. Levy
1129 Northern Blvd., Suite 404
Manhasset, New York 11030
Tel: (347) 941-4715
glevy@glpcfirm.com
***Attorneys for Plaintiffs***

**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**

/s Sam B. Smith
Sam B. Smith
135 Chestnut Ridge Road, Suite 200
Montvale, New Jersey 07645
Tel: (845) 356-2570
ssmith@kgglaw.com
***Attorneys for Defendant***